FILED BY _ev_ DC

05 JUL -8 AM 9:14

ROBERT R. DI TROLIO
CLERK OF U.S. DIST. CT.
WD OF TN-JACKSON

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA

vs                                              CR NO. 1:04-10061-01-T

TRAVIS LYNN MCCOY

### ORDER ON CHANGE OF PLEA

This cause came on to be heard on July 7, 2005, Assistant U. S. Attorney, Jerry Kitchen, appearing for the government, and the defendant appeared in person and with counsel, J. Colin Morris, who was appointed.

With leave of the Court, the defendant withdrew the Not Guilty Plea heretofore entered and entered a plea of GUILTY as charged in Counts 1 and 9 of the Indictment.

This case has been set for sentencing on **Monday, October 24, 2005, at 8:45 A.M.**

The defendant is remanded to the custody of the United States Marshal.

IT IS SO ORDERED.

*James D. Todd*
JAMES D. TODD
UNITED STATES DISTRICT JUDGE
DATE: 8 July 2005

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 7/8/05

\187

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 187 in case 1:04-CR-10061 was distributed by fax, mail, or direct printing on July 8, 2005 to the parties listed.

---

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

J. Colin Morris
MOSIER & MORRIS, P.A.
204 W. Baltimore
Jackson, TN 38302--162

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

J. Colin Morris
MOSIER & MORRIS, P.A.
204 W. Baltimore
Jackson, TN 38302--162

Honorable James Todd
US DISTRICT COURT